**DANIEL A. BACON** 065099
Attorney at Law
5200 North Palm, Suite 408
Fresno, California 93704
Telephone: (559) 241-7000

Attorney for JUAN GONZALES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff/Appellee,<br><br>vs.<br><br>JUAN GONZALES,<br><br>Defendant/Appellant.<br>_____ | U.S.D.C. NO. CR-F-05-240 AWI<br>U.S.C.A. Docket No. 0510534<br><br>*EX PARTE* DECLARATION<br>AND ORDER TO TRANSFER<br>PRETRIAL SERVICES REPORT<br>TO COURT OF APPEALS |

I, Daniel A. Bacon, declare and state as follows:

I am an attorney licensed to practice law in the State of California, the United States District Court for the Eastern District of California, and the Ninth Circuit Court of Appeals.

I represent defendant/appellant Juan Gonzales herein.

A Pretrial Services report was prepared originally in U.S.D.C. Case No. MG-F-05-00140-DLB by Monte Olsen, and submitted for review by both Magistrate Judge Dennis L. Beck at the original detention hearing, and the Hon. Oliver W. Wanger, United States District Court Judge, on the government's appeal of Mr. Gonzales's release.

That defendant Gonzales was ordered detained by Judge Wanger, and in that regard an appeal has been filed in the Ninth Circuit Court of Appeals, Docket No. 0510534.

In order for the Ninth Circuit to adequately review the order of Judge Wanger, it must be able to consider the facts as found by Pretrial Services, and therefore

1  the defendant through his counsel respectfully requests that this court order United States
2  Pretrial Services to send a copy of their report to the Ninth Circuit Court of Appeals in
3  Docket No. 0510534, and to do so under seal.
4  Dated: August 8, 2005.

/s/ Daniel A. Bacon
DANIEL A. BACON, Attorney for
Defendant/Appellant JUAN GONZALES

## ORDER

Good cause appearing therefor,

IT IS HEREBY ORDERED that the Pretrial Services report prepared on behalf of defendant Juan Gonzales be transferred under seal to the Ninth Circuit Court of Appeals and filed in Docket No. 0510534.

Dated: August 10, 2005

/s/ OLIVER W. WANGER

_____
OLIVER W. WANGER
United States District Judge