**DANIEL A. BACON** 065099
Attorney at Law
5200 North Palm, Suite 408
Fresno, California 93704
Telephone: (559) 241-7000

Attorney for JUAN GONZALES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JUAN GONZALES, et al.,<br><br>    Defendants. | NO. 1:05 CR 00240 AWI<br><br>STIPULATION TO CONTINUE<br>MOTION TO SUPPRESS<br>AND ORDER THEREON<br><br>DATE:   April 24, 2006<br>TIME:   1:30 PM<br>DEPT:   Anthony W. Ishii |

      IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record that the motions hearing presently scheduled before the Hon Anthony W. Ishii for April 24, 2006 at the hour of 1:30 PM be continued to May 30, 2006 at 9:00 AM.

      IT IS FURTHER STIPULATED that defendant is to file his motion with the court on or before April 10, 2006. The government shall have until May 8, 2006 to respond to defendant's motion, and any reply brief by defendant thereto shall be due on or before May 15, 2006.

      The parties agree that the delay resulting from the continuance shall be excluded in the interests of Justice, including, but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C.

Section 3161 (h)(8)(B)(iv).

Dated: March 6, 2006.                    McGREGOR W. SCOTT, United States Attorney

By:  /s/ Kathleen Servatius
KATHLEEN SERVATIUS, Assistant U.S. Attorney
Attorney for Plaintiff

Dated:  March 6, 2006.

/s/ Daniel A. Bacon
DANIEL A. BACON,
Attorney for Defendant JUAN GONZALES

## ORDER

IT SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. Section 3161 (h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   March 7, 2006**              **/s/ Anthony W. Ishii**
0m8i78                                  UNITED STATES DISTRICT JUDGE

2