1  **DANIEL A. BACON** 065099
   Attorney at Law
2  5200 North Palm, Suite 408
   Fresno, California 93704
3  Telephone: (559) 241-7000

4  Attorney for JUAN GONZALES

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,        )   NO. 1:05 CR 00240 AWI
                                      )
12 |          Plaintiff,               )   STIPULATION TO CONTINUE
                                      )   MOTION TO SUPPRESS
13 |     vs.                           )   AND ORDER THEREON
                                      )
14 | JUAN GONZALES, et al.,           )   DATE:   April 24, 2006
                                      )   TIME:   1:30 PM
15 |          Defendants.              )   DEPT:   Anthony W. Ishii
   _____   )

   IT IS HEREBY STIPULATED by and between the parties hereto through their attorneys of record that the motions hearing presently scheduled before the Hon Anthony W. Ishii for May 30, 2006 at the hour of 9:00 AM be continued to July 17, 2006 at 9:00 AM.

   IT IS FURTHER STIPULATED that the government shall have until June 26, 2006 to respond to defendant's motion, and any reply brief by defendant thereto shall be due on or before July 3, 2006.

   The parties agree that the delay resulting from the continuance shall be excluded in the interests of Justice, including, but not limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C.

Stipulation to Continue Motion to Suppress and Order Thereon

Section 3161 (h)(8)(B)(iv).

Dated: May 24, 2006                         McGREGOR W. SCOTT, United States Attorney

By: /s/ Kathleen Servatius
KATHLEEN SERVATIUS, Assistant U.S. Attorney
Attorney for Plaintiff

Dated:  May 24, 2006

/s/ Daniel A. Bacon
DANIEL A. BACON,
Attorney for Defendant JUAN GONZALES

Dated:  May 24, 2006

/s/ Stephen Quade
STEPHEN QUADE
Attorney for Defendant ANNETTE SALAZAR

ORDER

IT SO ORDERED.  Time is excluded in the interests of justice pursuant to 18 U.S.C. Section 3161 (h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   May 24, 2006**              /s/ Anthony W. Ishii
0m8i78                                 UNITED STATES DISTRICT JUDGE

Stipulation to Continue Motion to Suppress and Order Thereon                              2