```
McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, CA   93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         ) | CR-F-05-0240 AWI |
|                                   ) | |
|               Plaintiff,          ) | ORDER TO CONTINUE |
|                                   ) | SENTENCING HEARING AND |
|                                   ) | GOVERNMENT'S RESPONSIVE DATE |
|         v.                        ) | |
|                                   ) | |
| JUAN GONZALES,                    ) | Date: July 17, 2006 |
|                                   ) | Time: 9:00 a.m. |
|               Defendant.          ) | Courtroom 2 |
| _____) | |

   IT IS SO ORDERED THAT the date for the hearing on defendant's Motion to Suppress Evidence be continued from July 17, 2006 at 9:00 a.m. to July 31, 2006 at 9:00 a.m. and that the government's response to defendant's motion be due on July 17, 2006.

IT IS SO ORDERED.

**Dated:   June 29, 2006**                      /s/ Anthony W. Ishii
0m8i78                                          UNITED STATES DISTRICT JUDGE

1