McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, CA   93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | CR-F-05-0240 AWI |
|                                  ) | |
|              Plaintiff,          ) | ORDER TO CONTINUE |
|                                  ) | MOTION HEARING AND |
|                                  ) | GOVERNMENT'S RESPONSIVE DATE |
|        v.                        ) | |
|                                  ) | |
| JUAN GONZALES, et al.,           ) | Date: November 13, 2006 |
|                                  ) | Time: 9:00 a.m. |
|              Defendant.          ) | Courtroom 2 |
| _____) | |

IT IS SO ORDERED THAT the date for the hearing on defendant's Motion to Suppress Evidence be continued from November 13, 2006 at 9:00 a.m. to November 27, 2006 at 9:00 a.m. and that the government's response to defendant's motion be due on November 13, 2006.

IT IS SO ORDERED.

**Dated:   November 13, 2006**             /s/ Anthony W. Ishii
0m8i78                                      UNITED STATES DISTRICT JUDGE

1