1  **DANIEL A. BACON** 065099
   Attorney at Law
2  5200 North Palm, Suite 408
   Fresno, California 93704
3  Telephone: (559) 241-7000

4  Attorney for JUAN GONZALES

5

6                    UNITED STATES DISTRICT COURT

7                    EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,      )   NO. 1:05 CR 00240 AWI
10                                )
              Plaintiff,          )   STIPULATION TO CONTINUE
11                                )   MOTION TO SUPPRESS
       vs.                        )   AND ORDER THEREON
12                                )
   JUAN GONZALES, et al.,         )   DATE:   April 9, 2007
13                                )   TIME:   9:00 AM
              Defendants.         )   DEPT:   Anthony W. Ishii
14 _____)

15        IT IS HEREBY STIPULATED by and between the parties hereto through their

16 attorneys of record that the motions hearing presently scheduled before Hon Anthony W.

17 Ishii for April 9, 2007 at the hour of 9:00 AM be continued to May 14, 2007 at 9:00 AM.

18        IT IS FURTHER STIPULATED the government shall have until April 23, 2007 in

19 which to respond to defendant's motions, and any reply brief by defendant thereto shall

20 be due on or before May 7, 2007.

21        The parties agree that the delay resulting from the continuance shall be excluded

22 in the interests of justice, including, but not limited to, the need for the period of time set

23 forth herein for effective defense preparation pursuant to 18 U.S.C. Section 3161

24 (h)(8)(B)(iv).

25 Dated: March 23, 2007..            McGREGOR W. SCOTT, United States Attorney

26

27                                    By: /s/ Kathleen Servatius
                                      KATHLEEN SERVATIUS, Assistant U.S. Attorney
28                                    Attorney for Plaintiff

Stipulation to Continue Motion to Suppress and Order Thereon

Dated: March 23, 2007.

/s/ Daniel A. Bacon
DANIEL A. BACON,
Attorney for Defendant JUAN GONZALES

Dated: March 23, 2007.

/s/ Stephen Quade
STEPHEN QUADE
Attorney for Defendant ANNETTE SALAZAR

## ORDER

Time is excluded in the interests of justice pursuant to 18 U.S.C. Section 3161 (h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   March 26, 2007**          /s/ Anthony W. Ishii
0m8i78                               UNITED STATES DISTRICT JUDGE