McGREGOR W. SCOTT
United States Attorney
KATHLEEN A. SERVATIUS
Assistant U.S. Attorneys
4-401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

FILED
NOV 1 4 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 01:05-CR-00240 AWI |
| Plaintiff, ) | ORDER ON STATE OF CALIFORNIA WRIT FOR HABAES CORPUS AD PROSEQUENDUM |
| v. ) | |
| JUAN GONZALEZ, ███., ) | |
| Defendants. ) | |

On October 18, 2007, a Superior Court Judge for the State of California, County of Fresno, requested that the body of the above-named defendant be produced in Fresno County Superior Court for further proceedings in the case of People v. Samuel Acevedo. The defendant will be needed to testify in that case and is currently in the custody of the United States Marshal, charged in the above-entitled action. It appearing that the defendant's presence is needed for trial in the state action, and that the next court appearance in the above-entitled case is November 15, 2007 and as needed until the end of the trial:

IT IS HEREBY ORDERED that deputies of the Fresno County Sheriff's Office may take custody of the defendant pursuant to the terms of the writ, attached hereto, and from day to day thereafter as is necessary to complete the trial in that case, but return him to the custody of the United States Marshal no later than November 30, 2007.

Dated: Nov. 14, 2007

_____
Honorable Anthony W. Ishii
United States District Judge

1

1  ELIZABETH A. EGAN
   DISTRICT ATTORNEY
2  Becky Gong, #172215
   Senior Deputy District Attorney
3  2220 Tulare St., Suite 1000
   Fresno, CA  93721
4

5  (559) 488-3141

6  ATTORNEY FOR THE PLAINTIFF

7

8          SUPERIOR COURT OF THE STATE OF CALIFORNIA

9              IN AND FOR THE COUNTY OF FRESNO

| | |
|---|---|
| People of the State of California, | Case No. F06907390 |
| | DA Case No. 06H36822 |
| Plaintiff, | |
| v. | WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| SAMUEL ACEVEDO, and | |
| FEDERICO ACEVEDO. | |
| Defendants. | |

   TO THE UNITED STATES MARSHAL, AND THE SHERIFF OF THE COUNTY OF FRESNO AND/OR HIS DESIGNATED AGENT(S);

   It appearing to me from the attached declaration that Juan Manuel Gonzales (DOB: 11-29-75, Jail ID number 0801401) is a prisoner confined in federal custody at the Fresno County Jail and is needed as a witness for the ~~Jury Trial~~ BG in the above captioned case, beginning on or about the ~~26th~~ 15th BG day of November, 2007, in the Fresno County Superior Court, State of California, the above captioned case involving the charge of Murder, in violation of Section 187(a) of the California Penal Code.

1   We command that you produce and deliver the body of the
2   above named individual now under the custody of the United
3   States Federal Marshal, at the Fresno County Jail before the
4   Fresno County Superior Court, State of California, Department
5   ~~No~~ 32 / 15th, on ~~26th~~ day of November, 2007, at the hour of 8:30 a.m., and
6   any subsequent dates as directed by the Court in connection with
7   the above captioned case, in order that the Jury Trial and any
8   further proceedings incident to the above may take place at said
9   time and place.
10  
11      The Sheriff of Fresno County and his designated agent(s)
12  shall maintain care and custody of the inmate during the
13  pendency of the State proceeding, deliver the inmate to the
14  Superior Court as aforesaid and to any subsequent court
15  appearances necessary in the prosecution of this matter until
16  the conclusion of the State proceedings, the Sheriff and his
17  designated agent(s) shall then return the defendant to federal
18  custody.  Compliance with the above shall be deemed sufficient
19  compliance with this writ.
20  
21  Dated this 18th day of October, 2007, at Fresno, California.

                                    _____
                                    JUDGE OF THE SUPERIOR COURT

2